lant, Impleaded with DANIEL J. McCOY, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

AUDLEY CLARKE, Appellant, v. BOROUGH ASPHALT COMPANY and DANIEL J. McCOY, Respondents, Impleaded with WILLIAM KELLY, Defendant.— Judgment in so far as appealed from affirmed, with costs. Order of March 8, 1916, affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

DANIEL CONAHAN, Respondent, v. THE TERRY & TENCH COMPANY, INC., Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days the plaintiff stipulate to reduce the verdict to $10,000, in which event the judgment as so modified, and the order, are affirmed, with costs. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

CROWN LANDS CORPORATION OF STATEN ISLAND, Respondent, v. LILLIAN V. ROURKE, Appellant, and ANNA A. McKEON, Defendant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements, with leave to plead over within ten days after entry of the order and service upon the defendants' attorney, upon payment of costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

CROWN LANDS CORPORATION OF STATEN ISLAND, Respondent, v. LILLIAN V. ROURKE, Defendant, and ANNA A. McKEON, Appellant. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements, with leave to plead over within ten days after entry of the order and service upon the defendants' attorney, upon payment of costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

EMILY M. DELANEY, by EMILY M. DELANEY, SR., Her Guardian ad Litem, Respondent, v. SAMUEL BESKIN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

RICHARD C. DE NORMANDIE, Respondent, v. BAY VIEW HEIGHTS LAND COMPANY, Appellant.— Judgment affirmed, with costs. Both parties waived defaults and demanded performance, but on due tender by plaintiff defendant could not perform. The court could have given a reasonable time to perform, but defendant showed neither the disposition nor the ability to perform, and thereupon the proper judgment was had. Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ., concurred.

JOHN E. DONOVAN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ.

MAY FALLON, Respondent, v. CLINTON G. SWACKHAMER, Appellant, and OSCAR HAIGHT, Defendant.— Judgment and order affirmed, with costs. No opinion. Stapleton, Mills and Putnam, JJ., concurred; Jenks, P. J., and Blackmar, J., voted for reversal and a new trial, on the ground that the presumption of control that follows ownership was overcome by the evidence.